UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

vs.

DAVID STROHSCHEIN, as Guardian Ad
Litem for B.S.S., a minor, and KENNETH
LASATER, as Trustee for the Lisa Lasater-
Gleason Trust Agreement of April 29, 1997,

    Defendants.

Case No. 07-cv-0470
HON. PAUL L. MALONEY

_____/

RANDOLPH D. PHIFER (P25206)
PHIFER & WHITE, P.C.
Attorneys for Plaintiff
1274 Library Street, Suite 500
Detroit, Michigan 48226
(313) 964-2360

DAVID STROHSCHEIN
In Pro Per Defendant
Guardian Ad Litem for B.S.S., a minor
1416 Emerson Avenue, N.W.
Grand Rapids, Michigan 49504
(616) 826-5510

NEIL P. JANSEN (P41922)
MIKA, MEYERS, BECKETT & JONES, PLC
Attorneys for Defendant Kenneth Lasater,
Trustee for the Lisa Lasater-Gleason Trust
900 Monroe, N.W.
Grand Rapids, Michigan 49503
(616) 632-8000

## ORDER FOR DISCHARGE, INJUNCTION AND DISMISSAL

This matter having come before the Court, on the Stipulation of the parties, Metropolitan Life Insurance Company ("MetLife") having deposited with the clerk of the court the sum of **One Hundred Eight-Seven Thousand, Eight Hundred and Eight and 00/100 Dollars ($187,808.00)**, which amount included the benefit amount of $146,000.00, plus accumulated

interest in the amount of $41,808.00, representing the entire life insurance benefits payable under the Home Depot Basic Life Insurance and Voluntary Term Life Insurance Plans ("Home Depot Plans") as a result of the death of Lisa Lasater-Gleason, and the Court being otherwise fully advised in the premises of the instant matter;

**IT IS HEREBY ORDERED** that:

1. **METLIFE, HOME DEPOT,** and the **HOME DEPOT PLANS** shall be and are hereby **DISCHARGED** from any and all liability to the parties herein for life insurance benefits payable under the Home Depot Plans as a result of the death of Lisa Lasater- Gleason, and **METLIFE** shall be and is hereby **DISMISSED** from this action **WITH PREJUDICE.**

2. Defendants, **DAVID STROHSCHEIN, and KENNETH LASATER,** their heirs, assigns, agents and attorneys shall be **PERPETUALLY RESTRAINED** from instituting any other action against MetLife, Home Depot, and/or the Home Depot Plans to recover benefits payable under the Home Depot Plans for life insurance benefits payable as a result of the death of Lisa Lasater-Gleason, and to obtain any relief or recover any damages arising from or related to the administration of the Home Depot Plans and the life insurance benefits provided to Lisa Lasater-Gleason under the Home Depot Plans.

**SO ORDERED.**

Dated: September 21, 2007  /s/ Paul L. Maloney
HONORABLE PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE